UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LENIN MOREL,

            Defendant.

11-CR-1032-54 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court hereby appoints Richard Palma, Esq., to represent defendant Lenin Morel in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due March 13, 2024. The Government's response is due March 20, 2024.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 28, 2024
       New York, New York