UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LENIN MOREL,

Defendant.

11-CR-1032-54 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an application from the defense to authorize the issuance of a subpoena seeking certain New York Police Department records asserted to bear on the defendant's criminal history. Dkt. 2714. The Court directs the Government to respond. The Government's response is due **May 22, 2024**. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 8, 2024
       New York, New York