UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LENIN MOREL,

                Defendant.

11-CR-1032-54 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's motion for a reduction of sentence, pursuant to Amendment 821 of the United States Sentencing Guidelines, filed on September 7, 2024 (Dkt. No. 2759). The Government is hereby ordered to file its response by **September 24, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2024
      New York, New York