## Motion For Court Appointment Of A New CJA Counsel:

- Appellant Lenin Morel Addressing this Honorable District Court Requesting A New Court Appointted CJA Counsel For the Following Reasons:

- On December 20, 2024 the Court of Appeals For the Second Circuit Granted a Motion From My then District Court appointted CJA Counsel Richard Palma to Be relieved as my Counsel And then Denied My Request to Appoint A New CJA Counsel.

- Appellant Morel Besides not Having A GED OR A High School Diploma Do not Have any Legal Education.

- Appellant Morel Who's English is His Second Language sometimes is Hard to Write, Read And understand English.

- Appellant Morel Can not paid For A Attorney Due Because His incarceration

- Appellant Morel was given a deadline to File a Brief For His Appeal with the Second Circuit of Court of Appeals three Different times on 6/13/2025, 7/22/25 And 8/27/2025, Which Appellant Fail to Do twice Because of His Lack of Legal Education and the Need of a Counsel.

- Appellant Morel Respectfully Requesting this Honorable District Court to Appoint a New CJA Counsel so Appellant Can properly with His Appeal proceed in the Court's of Appeals For the Second Circuit.

Respectfully submitted,
Lenin Morel - 67722-054
USP Tucson
P.O Box 24550
Tucson, AZ 85734

The Court denies Mr. Morel's request for appointment of counsel. The Court most recently denied Mr. Morel's request for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. See Dkts. 2769, 2770. Mr. Morel appears to seek appointment of counsel in connection with his appeal of that ruling. See Dkts. 2771, 2789. The Court, however, is unaware of any non-frivolous basis to appeal that ruling. The Clerk of Court is requested to mail a copy of this order at the address above.

9/3/2025

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge